# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| GARY BERGER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:21-CV-00221 |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| TESLA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO
## STAY PROCEEDINGS PENDING THE OUTCOME OF ARBITRATION

Pending before the Court is the Joint Motion to Stay Proceedings Pending the Outcome of Arbitration (Dkt. #5). Having considered the Motion, the Court finds it should be **GRANTED**.

It is hereby **ORDERED** that this case is **STAYED** until further order by the Court. Plaintiff is directed to submit this action to arbitration in accordance with the Consumer Rules of the American Arbitration Association, with Defendant bearing all costs of the arbitration. **The parties shall notify the Court within thirty (30) days of completion of** arbitration.

The Clerk is directed to administratively close this case and deny all pending motions as moot.

**IT IS SO ORDERED.**

SIGNED this 16th day of June, 2021.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE